# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Sterigenics U.S., LLC | 11/28/2022 | 266331 | Check | $ 3,896.65 |
| Akorn Operating Company, LLC | Sterigenics U.S., LLC | 12/7/2022 | 266469 | Check | $ 14,433.51 |
| Akorn Operating Company, LLC | Sterigenics U.S., LLC | 12/16/2022 | 266601 | Check | $ 1,714.12 |
| Akorn Operating Company, LLC | Sterigenics U.S., LLC | 12/23/2022 | 266637 | Check | $ 6,891.78 |
| Akorn Operating Company, LLC | Sterigenics U.S., LLC | 12/29/2022 | 266827 | Check | $ 1,714.12 |
| Akorn Operating Company, LLC | Sterigenics U.S., LLC | 12/29/2022 | 266828 | Check | $ 8,500.00 |
| Akorn Operating Company, LLC | Sterigenics U.S., LLC | 12/30/2022 | | Wire | $ 18,772.00 |
| Akorn Operating Company, LLC | Sterigenics U.S., LLC | 1/6/2023 | 266884 | Check | $ 22,183.82 |
| Akorn Operating Company, LLC | Sterigenics U.S., LLC | 1/6/2023 | 266949 | Check | $ 5,588.38 |
| Akorn Operating Company, LLC | Sterigenics U.S., LLC | 1/12/2023 | 267028 | Check | $ 7,892.98 |
| Akorn Operating Company, LLC | Sterigenics U.S., LLC | 2/6/2023 | 267140 | Check | $ 3,910.77 |
| Akorn Operating Company, LLC | Sterigenics U.S., LLC | 2/13/2023 | 267369 | Check | $ 6,597.01 |
| | | | | | $ 102,095.14 |