# **EXHIBIT B**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---:|
| Akorn Operating Company, LLC | Nelson Laboratories Bozeman LLC | 12/9/2022 | Wire | $ 17,200.00 |
| Akorn Operating Company, LLC | Nelson Laboratories Bozeman LLC | 1/6/2023 | Wire | $ 90,920.00 |
| Akorn Operating Company, LLC | Nelson Laboratories Bozeman LLC | 1/20/2023 | Wire | $ 320.00 |
| Akorn Operating Company, LLC | Nelson Laboratories Bozeman LLC | 2/1/2023 | Wire | $ 135,900.00 |
| | | | | $ 244,340.00 |