# **<u>EXHIBIT C</u>**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Nelson Labs Fairfield Inc | 11/30/2022 | Wire | $ 5,690.08 |
| Akorn Operating Company, LLC | Nelson Labs Fairfield Inc | 12/16/2022 | Wire | $ 1,756.00 |
| Akorn Operating Company, LLC | Nelson Labs Fairfield Inc | 1/6/2023 | Wire | $ 1,221.63 |
| Akorn Operating Company, LLC | Nelson Labs Fairfield Inc | 1/27/2023 | Wire | $ 4,518.10 |
| Akorn Operating Company, LLC | Nelson Labs Fairfield Inc | 2/1/2023 | Wire | $ 3,622.68 |
| | | | | $ 16,808.49 |