# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, et al.,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>Plaintiff,<br>v.<br><br>STERIGENICS U.S., LLC, NELSON LABORATORIES BOZEMAN LLC, and NELSON LABS FAIRFIELD, INC., Sotera Health Companies,<br><br>Defendant. | Adv. Proc. No. 25-50332 (KBO)<br><br><br><br>**Re: Adv. D.I. 1** |

## STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADING

Pursuant to Rule 7012-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, counsel for George Miller, solely as Chapter 7 Trustee of Akorn Holding Company LLC, et al. (the "Plaintiff"), and counsel for Sterigenics U.S., LLC, Nelson Laboratories Bozeman LLC, And Nelson Labs Fairfield, Inc., Sotera Health Companies, (the "Defendants"), hereby stipulate as follows:

1. Plaintiff filed its complaint against Defendants on February 18, 2025 [Adv. D.I. 1] (the "Complaint").

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

2.      This Court issued summonses to the Complaint on April 28, 2025 and April 30, 2025 [Adv. D.I. 3, 4 and 5].

3.      The deadline to respond to the Complaint for Defendant, Nelson Laboratories Bozeman LLC, and Defendant, Sterigenics U.S., LLC, is May 28, 2025.

4.      The deadline to respond to the Complaint for Defendant, Nelson Labs Fairfield Inc., is May 30, 2025.

5.      The parties agree that Defendant shall have through and including June 25, 2025, to answer or otherwise plead to the Complaint.

Dated: May 21, 2025

| **Saul Ewing LLP** | **Bernstein-Burkley, P.C.** |
|---|---|
| /s/ *Evan T. Miller* | /s/ *Gus Kallergis* |
| Evan T. Miller (DE Bar No. 5364) | Gus Kallergis |
| Paige N. Topper (DE Bar No. 6470) | 1360 East Ninth Street |
| 1201 N. Market Street, Suite 2300 | Suite 1250 |
| Wilmington, DE 19801 | Cleveland, OH 44114 |
| Telephone: (302) 421-6800 | Telephone: (216) 415-8200 |
| evan.miller@saul.com | gkallergis@bernsteinlaw.com |
| paige.topper@saul.com | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |