# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>STERIGENICS U.S., LLC, NELSON LABORATORIES BOZEMAN, LLC, and NELSON LABS FAIRFIELD, INC., Sotera Health Companies,<br><br>Defendants. | Adv. Proc. No. 25-50332 (KBO) |

## NOTICE OF SERVICE

I, Evan T. Miller, hereby certify that, on July 11, 2025, a copy of the Plaintiff's Initial Disclosures was served via E-Mail on the parties below:

| | |
|---|---|
| *E-Mail*<br>Gus Kallergis<br>Bernstein-Burkley, P.C.<br>1360 East Ninth Street, Suite 1250<br>Cleveland, OH 44114<br>Email: gkallergis@bernsteinlaw.com | *E-Mail*<br>Kristina Seyboldt<br>Global Credit Manager<br>Sotera Health<br>Email:kseyboldt@soterahealth.com |

Dated: July 21, 2025            **SAUL EWING LLP**

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

By:<u>*/s/ Evan T. Miller*</u>
    Evan T. Miller (DE Bar No. 5364)
    Paige N. Topper (DE Bar No. 6470)
    1201 N. Market Street, Suite 2300
    Wilmington, DE 19801
    Telephone: (302) 421-6800
    evan.miller@saul.com
    paige.topper@saul.com

*Counsel to Plaintiff*